UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RITA PINKSTAFF, ) | |
| ) | 03-4194-JPG |
| Plaintiff, ) | |
| ) | Jury Trial Demand |
| vs. ) | |
| ) | |
| J. DANIEL LENAHAN, DANIELLE LENAHAN, ) | |
| LENAHAN LAW OFFICE, and BONNIE SYMES, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

THIS MATTER is before the Court on Plaintiff's Motion to Reopen Case (Doc. 19) and Motion to Vacate Judgment and Dismiss Without Prejudice (Doc. 20).  The Court construes the Motion to Vacate as a motion to vacate pursuant to Federal Rule of Civil Procedure 60(b)(4) and for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2).  Plaintiff Rita Pinkstaff seeks to vacate the judgment in her favor in this case because she believes she did not properly serve the defendants with process such that the Court had personal jurisdiction over them.  She seeks a judgment of dismissal without prejudice so that she may pursue another lawsuit she has filed based on the same alleged conduct of the defendants.

The Court having reviewed the motion and being fully advised in the premises;

•   **GRANTS** the Motion to Vacate (Doc. 20);

•   **VACATES** the judgment entered on July 21, 2004 (Doc. 18);

•   **DENIES** the Motion to Reopen (Doc. 19) **as moot** in light of this order;

•   **DISMISSES** this action **without prejudice** pursuant to Rule 41(a)(2); and

•   **DIRECTS** the Clerk of Court to enter judgment accordingly.

**DATED:  June 16, 2005**

s/ J. Phil Gilbert
**UNITED STATES DISTRICT JUDGE**