UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RITA PINKSTAFF, ) | |
| ) | 03-4194-JPG |
| Plaintiff, ) | |
| ) | Jury Trial Demand |
| vs. ) | |
| ) | |
| J. DANIEL LENAHAN, ) | |
| DANIELLE LENAHAN, ) | |
| LENAHAN LAW OFFICE, ) | |
| BONNIE SYMES, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

This matter having come before the Court, and the Court having granted the plaintiff's motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:  June 16, 2005**                    **NORBERT JAWORSKI**

                                                                **By:s/Deborah Agans, Deputy Clerk**

**Approved:**     s/ J. Phil Gilbert
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**